WRIGHT, BLODGETT & CO., Limited, et al. v. UNITED STATES
(five cases).

(Circuit Court of Appeals, Fifth Circuit. February 18, 1913. Rehearing Denied March 6, 1913.)

Nos. 2,407–2,411.

PUBLIC LANDS (§ 120*)—SUIT FOR CANCELLATION OF PATENTS—FRAUD.
    Evidence *held* to support decrees canceling land patents for fraud as against vendees of the original patentees.
    [Ed. Note.—For other cases, see Public Lands, Cent. Dig. §§ 332–335; Dec. Dig. § 120.*]

Appeals from the District Court of the United States for the Western District of Louisiana; Aleck Boarman, Judge.

Five suits in equity by the United States against Wright, Blodgett & Co., Limited, and others. Decrees for complainant, and defendant corporation appeals. Affirmed.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

J. Blanc Monroe and Monte M. Lemann, both of New Orleans, La., for appellant.

E. H. Randolph, U. S. Atty., of Shreveport, La.

Before PARDEE, Circuit Judge, and NEWMAN and GRUBB, District Judges.

PER CURIAM. The above-entitled and numbered cases are separate appeals from separate decisions of the United States District Court for the Western District of Louisiana, and in each of them we find that fraud in the homestead entry is proved, and that Wright, Blodgett & Co., vendee of the alleged homesteaders, is charged through its active agents on the ground with knowledge of the fraud.

The decree in each of the above-mentioned cases is affirmed.